IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>FRANK BANKS,<br><br>        Defendant. | CR  16-51-BLG-SPW-TJC<br><br><br>**ORDER VACATING CHANGE OF PLEA HEARING** |

Before the Court is Defendant's Unopposed Motion to Vacate Change of Plea Hearing.  (Doc. 19.)  That motion being unopposed,

IT IS ORDERED that the change of plea hearing presently set for August 31, 2017, is hereby VACATED.

DATED this 28th day of August, 2017.


_____
TIMOTHY J. CAVAN
United States Magistrate Judge