IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION



FILED

AUG 29 2017

Clerk, U.S. District Court
District Of Montana
Billings

| UNITED STATES OF AMERICA, | CR 16-51-BLG-SPW |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| FRANK BANKS, | |
| Defendant. | |

Upon the Defendant's Unopposed Motion to Vacate Change of Plea Hearing (Doc. 19) and Magistrate Timothy J. Cavan's Order Vacating Change of Plea Hearing (Doc. 20),

**IT IS HEREBY ORDERED** that the Court's Order Resetting Trial and Pretrial Deadlines (Doc. 15) of August 4, 2017 is now in effect. This Order resets trial for **Monday, October 23, 2017 at 9:00 a.m.**, along with all related deadlines.

DATED this 29th day of August, 2017.

SUSAN P. WATTERS
United States District Judge

1