FILED
SEP 17 2018
Clerk, US District Court
District of Montana - Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>FRANK BANKS,<br><br>Defendant. | CR 16-51-BLG-SPW<br><br>ORDER |

For the reasons stated on the record, FRANK BANKS is hereby released from the custody of the U.S. Marshals Service.

DATED this 17th day of September, 2018.

SUSAN P. WATTERS
U.S. DISTRICT JUDGE

1